# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| ROBERT E. COTNER, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV 01-037-RAW |
| | ) | |
| BOBBY BOONE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION AND ORDER
## DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

This habeas corpus action pursuant to 28 U.S.C. § 2241 was dismissed on June 29, 2001 (Dkt. 18). On April 18, 2018, Petitioner filed a "Motion-to-Revisit-Ruling On-Actual-Innosance [sic] and-challenger [sic]-to-Jurisdiction" (Dkt. 28). On that same date, the Court entered an Order striking the motion and advising Petitioner that he must file a new action to raise the claims in the motion (Dkt. 29). Plaintiff then filed a Notice of Appeal (Dkt. 30) and a motion to proceed *in forma pauperis* on appeal (Dkt. 33).

To proceed *in forma pauperis* on appeal, "an appellant must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991) (citations omitted). *See also* 28 U.S.C. § 1915(a)(1)&(3); *McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 812 (10th Cir. 1997). Upon consideration of the motion and the case record, the Court finds Petitioner has not presented a reasoned, nonfrivolous argument for appeal, and the appeal is not taken in good faith. He, therefore,

is not entitled to proceed *in forma pauperis* on appeal.

**ACCORDINGLY,** Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Dkt. 33) is DENIED, and he is directed to pay the $505.00 appellate filing fee to the Clerk of this Court within 20 days of the entry of this Order.

**IT IS SO ORDERED** this 17th day of May 2018.

**Dated this 17th day of May, 2018.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma